IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kaleigh R. Dittus and Courtney A. Snyder, both individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br>vs.<br><br>K.E.G., Inc., d/b/a Heart Breakers Gentlemen's Club; Shadow Management Company, Inc., d/b/a Platinum Plus (Columbia); Splash, Inc., d/b/a Platinum Plus (Columbia); Elephant, Inc., d/b/a Platinum Plus (Greenville); KWE Group, LLC; KWON LLC, d/b/a Platinum West; Gregory Kenwood Gaines a/k/a Ken Wood, and David A. Henson, a/k/a Kevin Ford,<br><br>    Defendants. | Civil Action No. 3:14-cv-00300-JFA<br><br><br>**FINAL ORDER OF SETTLEMENT APPROVAL AND DISMISSAL** |

  This matter is presently before the Court on Plaintiffs' Assented-to Motion for Settlement Approval (ECF No. 143) and Plaintiffs' Motion for Attorney Fees (ECF No. 144). The Court conducted a hearing on both Motions on July 28, 2015. Representing Plaintiffs during the hearing were attorney David E. Rothstein, who appeared in person, and attorneys Harold Lichten and Matthew Thomson, who participated by telephone conference. Present for Defendants were attorneys D. Christopher Lauderdale and Sandi R. Wilson.

  The Court thoroughly reviewed the written submissions by Plaintiffs' counsel prior to the hearing. During the hearing, the Court received additional arguments and statements of counsel and also questioned both named Plaintiffs, class representatives Kaleigh Dittus and Courtney Snyder, about the terms of the settlement. For the reasons stated by the Court on the record at the conclusion of the hearing, both Motions are granted in their entirety. The proposed

1

settlement of the Plaintiffs' and opt-in class members' Fair Labor Standards Act claims is approved as fair, reasonable, and adequate. In addition, the proposed award of attorneys' fees and costs as requested in Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 144) is fair, reasonable, and justified by the result obtained for the named Plaintiffs and opt-in Plaintiffs in this matter.

All other pending motions are denied as moot, all pending claims of the two named Plaintiffs and 59 opt-in class members in this action are hereby dismissed with prejudice, and the clerk is directed to enter a judgment, attached hereto as Exhibit A. Plaintiffs have withdrawn their motion for class certification under Rule 23, and the state-law claims asserted on behalf of any absent members of the putative class are hereby dismissed without prejudice. Further, the preliminary injunction entered on May 1, 2014 (ECF No. 42) is hereby dissolved. This Order is final and binding on the following individuals:

1. Kaleigh R. Dittus
2. Courtney A. Snyder
3. Samantha Botten
4. Alicia Brown
5. Jasmine Lakis
6. Alaina Pitt
7. Noel Peterson
8. Albina V. Farris
9. Atea Hopper
10. Chelsea Kuettel
11. Krystal King
12. Adriene N. Griffis
13. Heather Chavis

14. Morgan Cruse
15. Bonnie Lindler
16. Jordan McCurry
17. Bailey Noles
18. Nicole Phillips
19. Kaitlyn Skyrme
20. Jennifer Sullivan
21. Elizabeth Gaines
22. Audrey Lee
23. Ashley Cring
24. Jessica Ferst
25. Frankie Henderson
26. Brittany Yontz
27. Courtney Hopper
28. Michelle Kolben
29. Schuyler Andrulat
30. Pamela Branch
31. Chancey Byrd
32. Kourtni Greene
33. April Lineberry Hayes
34. Christine Hunter
35. Ashley Joye
36. Cayla Lance
37. Terre Lewis
38. Shawna Morrow
39. Hailey Poellien
40. Arraqueida Roman

41. Carly Strohbach
42. Kayla West
43. Keree Jo Francis Domrose
44. Miranda Graham
45. Victoria Shade
46. Sheleen Buchanan
47. Sandra Barrs
48. Sarah Locke
49. Tracie Adams
50. Melissa Gregory
51. Elizabeth Halicki
52. Jill Knobloch
53. Anna M. Stanley
54. Latoya R. Hinson
55. Ema L. Cox
56. Heidi Doro
57. Tina Warden
58. Amber Gant
59. Ashley Pettigrew
60. Elizabeth Allen
61. Josie Paxton

If any class member cannot be located after a reasonably diligent search by Plaintiffs' counsel after 120 days from the date of this Order, their share of the settlement shall be paid to the Women's Shelter of Columbia, South Carolina, as a *cy pres* beneficiary. This dismissal with prejudice is final and binding as to each named Plaintiff and opt-in class member listed above, without regard to whether such individuals are located or accept payment under the settlement.

5

With regard to Stephanie Siders and Olivia Holbrook, whose Consent Forms to join the case were filed after the hearing, their claims are hereby dismissed without prejudice. The Court will retain jurisdiction only over these two individuals' claims for sixty (60) days to allow the parties to consummate the settlement according to the terms of the Settlement Agreement approved by the Court. If no party takes any additional action to enforce the terms of the settlement as to these two individuals prior to the expiration of the 60-day period, the dismissal of their claims will automatically become <u>with prejudice</u> sixty (60) days from the date of this Order.

IT IS SO ORDERED.

July 31, 2015                                    Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge